AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Sitlaly Escobedo-Diaz, | ) | Case No. ( ) - 6368 MJ |
| a.k.a.: Sitlaly Escobedo, | ) | |
| (A090 109 857) | ) | |
| _Defendant_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  October 3, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Sitlaly Escobedo-Diaz, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 15, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:
**See Attached Statement of Probable Cause Incorporated By Reference Herein**

_CEB_

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Ryan J. Goldstein

☒ Continued on the attached sheet.

_Complainant's signature_

Valery Lozano,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date:   October 4, 2017

_Judge's signature_

City and state:   Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 3, 2017, while investigating a previously removed alien and convicted felon, the Phoenix ICE Fugitive Operations Team encountered Sitlaly Escobedo-Diaz while conducting a traffic stop, at 67th Avenue and Turney Drive, in Phoenix, Arizona. At the scene, ICE officers determined Escobedo-Diaz to be a citizen of Mexico, illegally present in the United States.  On the same date, Escobedo-Diaz was transported to the Phoenix ICE office for further investigation and processing. Escobedo-Diaz was held in administrative custody until her criminal and immigration records could be obtained and her identity confirmed.

3. Immigration history checks revealed Sitlaly Escobedo-Diaz to be a citizen of Mexico and a previously deported criminal alien. Escobedo-Diaz was removed from the United States to Mexico at or near Nogales, Arizona, on or about June 15, 2012, pursuant to an order of removal issued by an immigration judge.  There is no record of Escobedo-Diaz in any Department of Homeland Security database to suggest that

2

she obtained permission from the Secretary of the Department of Homeland Security to return to the United States after her removal. Escobedo-Diaz's immigration history was matched to her by electronic fingerprint comparison.

4. Criminal history checks revealed that Sitlaly Escobedo-Diaz was convicted of Aggravated Assault, a felony offense, on June 26, 2008, in the Superior Court of Arizona, Maricopa County.   Escobedo-Diaz was sentenced to five (5) years' incarceration. Escobedo-Diaz's criminal history was matched to her by electronic fingerprint comparison.

5. On October 3, 2017, Sitlaly Escobedo-Diaz was advised of her constitutional rights. Escobedo-Diaz freely and willingly acknowledged her rights and agreed to provide a statement under oath.   Escobedo-Diaz stated that her true and complete name is Sitaly Escobedo and that she is a citizen of Mexico.   Escobedo-Diaz stated that she illegally entered the United States in 2015, through Nogales.   Escobedo-Diaz further stated that she had been removed from the United States on one (1) occasion.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 3, 2017, Sitlaly Escobedo-Diaz, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 15, 2012, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and

enhanced by (b)(1).

_____

Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 4th day of October, 2017.

_____

David K. Duncan,
United States Magistrate Judge

4